IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : CRIMINAL NO. 1:14-CR-88 |
| | : |
| v. | : (Judge Conner) |
| | : |
| **FELIX DOMINGUEZ-RIVERA,** | : |
| | : |
| **Defendant** | : |

## ORDER

AND NOW, this 27th day of July, 2023, upon consideration of defendant Felix Dominguez-Rivera's motion (Doc. 161) to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255, and the parties' respective briefs in support of and in opposition thereto, and for the reasons set forth in the accompanying memorandum of today's date, it is hereby ORDERED that:

1. The motion (Doc. 161) to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 is DENIED.

2. No certificate of appealability shall issue.

3. The Clerk of Court is directed to close the corresponding civil case number 1:21-CV-1005.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania